*✓ # 109  # 128619*

**FILED**
2010 JUN 28 PM 3:22

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re:  RIGELMAN, CRAIG J           Case No. 09-37968
        RIGELMAN, DAWN M

Judge RICHARD L SPEER

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Chase Bank USA, N.A. | PO Box 740933 | $2.41 |
| c/o Creditors Bankruptcy Service | Dallas, TX 75374 | |

Check for $2.41 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 6/24/10

cc:

Office of the U.S. Trustee